**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-2002**

───────────────

YVETTE NONTE,

        Plaintiff - Appellee,

    v.

KENT DAVID BURSTEIN,

        Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jamar Kentrell Walker, District Judge.  (2:22-cv-00267-JKW-LRL)

───────────────

Submitted:  October 7, 2024                Decided:  November 13, 2024

───────────────

Before AGEE, QUATTLEBAUM, and RUSHING, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

**ON BRIEF:**  Thomas K. Plofchan, Jr., WESTLAKE LEGAL GROUP PLLC, Potomac Falls, Virginia, for Appellant.  Clark J. Belote, KAUFMAN & CANOLES, P.C., Norfolk, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kent David Burstein appeals the district court's order affirming the bankruptcy court's determination that his debt to Yvette Nonte, his former spouse, was nondischargeable in bankruptcy as a debt incurred in connection with a separation agreement, per 11 U.S.C. § 523(a)(15). We have reviewed the record submitted on appeal and find no reversible error. Accordingly, we deny Burstein's motion for a stay pending appeal, and we affirm the district court's order. *Burstein v. Nonte*, No. 2:22-cv-00267-JKW-LRL (E.D. Va. Aug. 23, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*